# UNITED STATES DISTRICT COURT

### for the

### District of South Carolina

| | |
|---|---|
| Stanley Alexander Peace, ) | |
| *Plaintiff* ) | Civil Action No.    6:16-cv-02589-DCN |
| v. ) | |
| Commissioner Social Security Administration, ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the David C. Norton.


Date:    November 20, 2017                     *ROBIN L. BLUME, CLERK OF COURT*


                                        _____
                                        s/Ashley Buckingham, Deputy Clerk
                                        *Signature of Clerk or Deputy Clerk*